IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ABLE HOME HEALTH, LLC,<br>on behalf of plaintiff and the class members<br>defined herein, | ) <br> ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | No. 16 CV 109 |
| v. | ) <br> ) | Judge Kennelly |
| ALLIED HOME HEALTH CARE, INC.<br>and JOHN DOES 1-10, | ) <br> ) <br> ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

NOW COMES the Parties Able Home Health, LLC and Allied Home Health Care, Inc.,

by and through their respective attorneys, and pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii),

hereby stipulate to the dismissal of Plaintiff's individual claims with prejudice and without costs.

The claims of the putative class are dismissed without prejudice and without costs. Plaintiff

dismisses its claims against John Does 1-10 without prejudice and without costs.

Respectfully submitted,

**ABLE HOME HEALTH, LLC**                    **ALLIED HOME HEALTH CARE, INC.**


s/Daniel A. Edelman                          s/ Bart T. Murphy
By one of Plaintiff's attorneys              By one of Defendant's attorneys
Daniel A. Edelman                            ICE MILLER LLP
Edelman, Combs, Latturner & Goodwin LLC      2300 Cabot Drive, Suite 455
20 S. Clark St., Suite 1500                  Lisle, IL 60532
Chicago, IL 60603                            630-955-6392
312-739-4200

## <u>CERTIFICATE OF SERVICE</u>

      I, Daniel A. Edelman, certify that on May 3, 2016, I caused a true and accurate copy of the foregoing document to be filed with Court's CM/ECF system, which will send notification of such filing to the following:

      Bart T. Murphy (bart.murphy@icemiller.com)
      Heather L. Maly (heather.malay@icemiller.com)
      ICE MILLER LLP
      2300 Cabot Drive, Suite 455
      Lisle, IL 60532

                                        <u>s/ Daniel A. Edelman</u>
                                        Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)