# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Able Home Health, LLC

                                           Plaintiff,

v.                                                              Case No.: 1:16−cv−00109
                                                                   Honorable Matthew F. Kennelly

Allied Home Health Care, Inc., et al.

                                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 17, 2016:

      MINUTE entry before the Honorable Matthew F. Kennelly: Pursuant to the parties' stipulation, plaintiff's individual claims are dismissed with prejudice and without costs, and the claims of the putative class and all claims against John Does 1−10 are dismissed without prejudice and without costs. The 5/18/2016 status hearing is vacated. Civil case terminated. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.